No. 97–5451. SATTAZAHN *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 97–5452. RODRIGUEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–5453. SIEMSEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5454. SCHWARTZ *v.* CITY OF BETHEL PARK, PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 97–5456. SCHWARZ *v.* CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–5458. CONWAY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5462. BRILL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5463. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5465. MANN *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 97–5470. CARLSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5471. BROWN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5472. WADE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–5473. WASHINGTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5474. PAPESH *v.* BROOKSHIRE, DIRECTOR OF ADMINISTRATION, MARYLAND WORKERS' COMPENSATION COMMISSION, ET AL. C. A. 4th Cir. Certiorari denied.